Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 05–60595–JHW
Chapter: 7
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Albert J. Fields Jr.
  105 South Miller Avenue
  Penns Grove, NJ 08069

Social Security No.:
  xxx–xx–1857

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on October 25, 2006, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 37 – 26
Letter Opinion (related documents: [26] Motion to Reconsider filed by Debtor Albert J. Fields; [34] Notice of Appeal filed by Debtor Albert J. Fields). The following parties were served: Pro Se Debtor, Trustee and US Trustee. Signed on 10/24/2006. (jpp, )

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 25, 2006
JJW: jpp

                                                                         James J. Waldron
                                                                         Clerk